Electronically Filed
Kahalah A. Clay
Circuit Clerk
Nora McDaniel
20L0036
St. Clair County
1/9/2020 4:23 PM
8019488

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

MAHOGANY BOLDEN, )
)
    Plaintiff, )
)
v. ) No. 2019-L-_____    20L0036
)
BEIERSDORF, INC., and WAL MART )
STORES, INC., )
)
    Defendants. )
)

## COMPLAINT

### COUNT I

COMES NOW the plaintiff, Mahogany Bolden, by and through her undersigned counsel, and for her cause of action against the defendant, Beiersdorf, Inc. ("B.I.") and Wal Mart Stores, Inc. ("W.M."), states as follows:

1. That at all times relevant hereto, the plaintiff was and remains a resident and citizen of St. Clair County, Illinois. The injuries in issue were sustained in St. Clair County, Illinois, from a Nivea product supplied in Illinois.

2. That the Defendant, B.I., is a Delaware corporation with its principal place of business in Connecticut. B.I. does business in Illinois. Defendant, W.M. is an Arkansas corporation with its principal place of business in Arkansas. B.I. distributed the product to W.M.

3. That the defendant, B.I., supplied, distributed, and placed into the stream of commerce for profit or other benefit a product known and labeled as "Nivea". Defendant supplied said product as skin firming hydration body lotion. The product was supplied to Plaintiff in the same condition as when it left B.I.'s and W.M.'s control.

**EXHIBIT A**

4. That Plaintiff used the aforesaid product as directed and intended on or about January 9, 2018.

5. That based upon the above, Defendants owed a duty to Plaintiff and to all other similarly situated users of the product to supply a product that was not unsafe, not unreasonably dangerous, and not defective.

6. That in violation of the aforesaid duty, Defendants supplied a product that was unsafe, unreasonably dangerous, and/or defective in one or more of the following respects:

   a) the product was unduly susceptible to cause chemical burns, irritation, and permanent skin damage when used as directed, intended, and/or in a reasonably foreseeable fashion; and/or

   b) the product was not supplied with adequate warnings of health consequences or instructions to advise against using as directed and/or to suggest spot testing prior to use.

7. That as direct and proximate result of the aforesaid breach by Defendants, Plaintiff has suffered painful, severe, and permanent injuries to her body, has incurred medical bills for treatment, is likely to incur further medical bills for treatment of her injuries, has been disfigured, has experienced and will continue to experience pain and mental anguish, and has expended funds for additional ameliorative ointments, creams, and lotions. Plaintiff further suffered a loss of normal life which will continue into the future.

WHEREFORE, Plaintiff prays for a judgement in her favor for an amount in excess of $50,000.00 (FIFTY THOUSAND DOLLARS) and for costs of this action.

## COUNT II

COMES NOW the plaintiff, Mahogany Bolden, by and through her undersigned counsel, and for her cause of action against the defendant, Beiersdorf, Inc. ("B.I.") and Wal Mart Stores, Inc. ("W.M.") , states as follows:

1-4. Plaintiff repeats, realleges, and incorporates herein paragraphs 1-4 of Count I as paragraphs 1-4 of this Count.

5. That based upon the above, Defendants owed a duty to Plaintiff and to all other similarly situated users of its products to test the product prior to sale, to properly train its sales personnel, to supply proper warnings with its products, and/or to supply proper instructions for use with its products.

6. That in violation of the above duties, Defendant:

   a) failed to properly test its product to determine if it was unduly likely to cause damage to the skin of users;

   b) failed to properly train its sales personnel to require such persons provide full and complete warnings and instructions;

   c) failed to supply instructions with its product to advise users that they should spot test and/or use initially for a limited duration rather than overnight; and/or

   d) failed to supply warnings with its product to advise users that the product could cause chemical burns, skin damage, and/or other adverse reactions.

7. That as direct and proximate result of the aforesaid breach by Defendant, Plaintiff has suffered painful, severe, and permanent injuries to her body, has incurred medical bills for treatment, is likely to incur further medical bills for treatment of her injuries, has been disfigured, has experienced and will continue to experience pain and mental anguish, and has expended funds for additional ameliorative ointments, creams, and lotions. Plaintiff further suffered a loss of normal life which will continue into the future.

WHEREFORE, Plaintiff prays for a judgement in her favor for an amount in excess of $50,000.00 (FIFTY THOUSAND DOLLARS) and for costs of this action.

## COUNT III

COMES NOW the plaintiff, Mahogany Bolden, by and through her undersigned counsel, and for her cause of action against the defendant, Beiersdorf, Inc. ("B.I.") and Wal Mart Stores, Inc. ("W.M.") , states as follows:

1-6. Plaintiff repeats, realleges, and incorporates herein paragraphs 1-6 of Count I as paragraphs 1-5 of this Count.

7-9. Plaintiff repeats, realleges, and incorporates herein paragraphs 5-7 of Count II as paragraphs 7-9 of this Count.

10. That at all times relevant hereto, each Defendant was aware that users of its product had reported adverse and severe reactions to the product in question. Each Defendant failed to inform its consumers of such prior reported events and failed to notify its sales representatives of same. Each Defendant further encouraged its sales representatives to continue supplying the product while Defendant suppressed and/or withheld the adverse reaction reports. Each Defendant did all of the above in conscious disregard for the safety, comfort, and wellbeing of its customers, so that Defendants could continue reaping financial benefits from the sale and distribution of the product. Defendants placed profits above safety.

11. That based upon the above, punitive or aggravated damages are warranted.

WHEREFORE, Plaintiff prays for a judgment for an amount in excess of $50,000.00 (FIFTY THOUSAND DOLLARS) in compensatory damages and for an amount in excess of $50,000.00 (FIFTY THOUSAND DOLLARS) in aggravated or punitive damages, for her costs, and for such other or further relief deemed just.

Respectfully Submitted,

WENDLER LAW, P.C.

By: *Brian M. Wendler*
Brian M. Wendler, #6196124
Angie M. Zinzilieta, #6322894
Eric D. Jackstadt, #6182825
900 Hillsboro Ave., Suite 10
Edwardsville, IL 62025
Ph: (618) 692-0011
Fax: (618) 692-0022
wendlerlawpc@gmail.com
*Attorneys for Plaintiff*